### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TWANNA HENRY, Individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) vs. ) ) VANTAGE CREDIT UNION, EH, LLC d/b/a HONDA OF FRONTENAC, ERIC ACREE, JERRY EICHOLZ, DAN DOLAN, MARK RUDOLPH, BARBARA EVANS-CUNNINGHAM, DANIEL ISOM, TONI MARTIN, and WILLIAM SOLOMON, ) ) ) ) ) ) ) ) ) Defendants. ) | Case No.: 4:20-cv-01865 |

### DEFENDANT EH, LLC d/b/a HONDA OF FRONTENAC'S NOTICE TO WITHDRAW MOTION TO COMPEL ARBITRATION

**COMES NOW** Defendant EH, LLC d/b/a Honda of Frontenac ("Honda"), by and through undersigned counsel, and hereby withdraws its Motion to Compel Arbitration (ECF Doc. No. 16). Honda is withdrawing its motion because a settlement agreement has been reached between Honda and Plaintiff.

Respectfully submitted,

/s/ Corey L. Kraushaar
Corey L. Kraushaar #51792mo
**BROWN & JAMES, P.C.**
800 Market Street, Suite 1100
St. Louis, MO 63101
(314) 421-3400 Telephone
(314) 421-3128 Facsimile
ckraushaar@bjpc.com
*Attorney for Defendant EH, LLC d/b/a Honda of Frontenac*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 4th day of March, 2021, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court to be served upon all counsel of record via the court's electronic filing system.

Bryce B. Bell
Bell Law, LLC
2600 Grand Blvd., Suite 580
Kansas City, MO 64108
bryce@belllawkc.com

***Attorney for Plaintiff***

E. Michelle Drake (pro hac vice forthcoming)
Joe Hashmall (pro hac vice forthcoming)
Berger Montague, P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
emdrake@bm.net

***Attorney for Plaintiff***

Janet Varnell (pro hac vice forthcoming)
Matthew Peterson (pro hac vice forthcoming)
Varnell & Warwick
1101 E. Cumberland Ave.
Suite 201H, #105
Tampa, FL 33602
jvarnell@varnellandwarwick.com
mpeterson@varnellandwarwick.com

***Attorney for Plaintiff***

Richard B. Walsh, Jr.
Edward T. Pivin
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
rwalsh@lewisrice.com
epivin@lewisrice.com

***Attorney for Defendants Vantage Credit Union, Eric Acree, Jerry Eicholz, Dan Dolan, Mark Rudolph, Barbara Evans-Cunningham, Daniel Isom, Toni Martin, and William Solomon***

/s/ Corey L. Kraushaar

25610407